IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Joseph Enterprises, Inc., | NO. C 02-02659 JW |
|        Plaintiff(s), | **ORDER CONTINUING TRIAL RESETTING CONFERENCE** |
| v. | |
| NeoPets, Inc., | |
|        Defendant(s). | |

The trial resetting conference scheduled for July 25, 2005 is continued to September 19, 2005 at 10:00 a.m. The parties shall meet and confer and submit a joint statement setting forth a proposed trial schedule and updating the Court on the status of the case following the mid-August 2005 mediation session. The joint statement shall be filed no later than September 6, 2005.

Dated: July 20, 2005                                                   /s/ James Ware
                                                                                  JAMES WARE
                                                                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian D. Huben brian.huben@kmzr.com
David Halberstadter david.halberstadter@kattenlaw.com
Joseph Wood jwood@hennefer-wood.com

**Dated: July 20, 2005**                                    **Richard W. Wieking, Clerk**

                                                            **By:/jwchambers/**
                                                               **Ronald L. Davis**
                                                               **Courtroom Deputy**