**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Joseph Enterprises, Inc, | NO. C 02-02659 JW |
|       Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| NeoPets Inc, | |
|       Defendant(s). | |

Pursuant to the parties' stipulation, the presently scheduled case management conference on September 19, 2005 is vacated to give the parties additional time to work out issues that would bring the case to a conclusion. A new case management is set for **November 14, 2005** at 10 a.m.

Dated: September 15, 2005

    /s/ James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian D. Huben brian.huben@kmzr.com
David Halberstadter david.halberstadter@kattenlaw.com
Joseph Wood jwood@hennefer-wood.com

**Dated: September 15, 2005**              **Richard W. Wieking, Clerk**

                                           **By:   /s/ JW Chambers**
                                               **Ronald L. Davis**
                                               **Courtroom Deputy**