KATTEN MUCHIN ROSENMAN, LLP
David Halberstadter (SBN: 107033)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendant
NEOPETS, INC.

IT IS SO ORDERED
AS MODIFIED
Judge James Ware

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ENTERPRISES, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>NEOPETS, INC., a Delaware corporation, and THE DOHRING COMPANY, INC., a California corporation,<br><br>    Defendants. | Case No. C-02-2659 JW (PVT)<br><br>E-FILING<br><br>**STIPULATION RE CONTINUATION OF TRIAL RE-SETTING CONFERENCE** |

    Plaintiff Joseph Enterprises, Inc. ("Joseph Enterprises") and Defendant NeoPets, Inc. ("NeoPets"), through their respective counsel of record, hereby stipulate as follows:

    WHEREAS the parties have participated in a total of three mediations under the supervision of the Ninth Circuit ADR Program, before Nathan Lane III, a partner at the law firm of Squire, Sanders & Dempsey LLP (the "Mediator"), with the most recent session occurring on September 2, 2005;

    WHEREAS the mediation did not result in a settlement but, as a result thereof, the parties began discussing the possibility of entering into an agreement by which the majority of issues would be resolved and only those issues that continue to be unresolved would be submitted for resolution to an agreed upon master or other neutral, pursuant to agreed upon rules and procedures;

1  WHEREAS the Court, upon stipulation of the Parties, continued the pending Trial
2  Resetting Conference to November 14, 2005; and
3  WHEREAS the Parties now contemplate that counsel for Joseph Enterprises will prepare
4  a formal settlement agreement which, if executed, would dispose of the entire action, and that the
5  Parties will attempt to fully and finally resolve all outstanding issues in the context of
6  negotiating the terms of the formal settlement agreement; and
7  WHEREAS the Parties require additional time in which to negotiate and potentially
8  finalize a formal settlement agreement;
9  IT IS THEREFORE STIPULATED AS FOLLOWS:
10  1. That the Trial Re-Setting Conference be continued to any available date after
11  January 15, 2006.
12  **Trial Resetting conference is continued to 01/23/06 at 10:00 am.

13  Dated: November 3, 2005    HENNEFER & WOOD
                               JOSEPH WOOD
14
15                             By_____
                               Joseph Wood, Esq.
16                             Attorneys for Plaintiff
                               JOSEPH ENTERPRISES, INC.
17
18  Dated: November 3, 2005    KATTEN MUCHIN ROSENMAN LLP
                               DAVID HALBERSTADTER
19
20
                               By_____
21                             David Halberstadter, Esq.
                               Attorneys for Defendant
22                             NEOPETS, INC.
23
24  PURSUANT TO STIPULATION, IT IS SO ORDERED.
25
26  Dated: November 8, 2005    By_____
                               Hon. James Ware
27                             United States District Court Judge
28

-2-