KATTEN MUCHIN ROSENMAN, LLP
David Halberstadter (SBN: 107033)
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Telephone: 310.788.4400
Facsimile: 310.788.4471

Attorneys for Defendant
NEOPETS, INC.

*IT IS SO ORDERED*
*Judge James Ware*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ENTERPRISES, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> NEOPETS, INC., a Delaware corporation, and THE DOHRING COMPANY, INC., a California corporation, <br><br> Defendants. | Case No. C-02-2659 JW (PVT) <br><br> E-FILING <br><br> **STIPULATION RE CONTINUATION OF TRIAL RE-SETTING CONFERENCE** |

Plaintiff Joseph Enterprises, Inc. ("Joseph Enterprises") and Defendant NeoPets, Inc. ("NeoPets"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS the parties have participated in a total of three mediations under the supervision of the Ninth Circuit ADR Program, before Nathan Lane III, a partner at the law firm of Squire, Sanders & Dempsey LLP (the "Mediator"), with the most recent session occurring on September 2, 2005;

WHEREAS the mediation did not result in a settlement but, as a result thereof, the parties began discussing the possibility of entering into an agreement by which the majority of issues would be resolved and only those issues that continue to be unresolved would be submitted for resolution to an agreed upon master or other neutral, pursuant to agreed upon rules and procedures;

1     WHEREAS the Court, upon stipulation of the Parties, continued the pending Trial
2 Resetting Conference to November 14, 2005;
3     WHEREAS the Parties currently are in the process of finalizing a settlement agreement
4 which, if executed, will dispose of the pending action completely; and
5     WHEREAS the Parties require additional time in which to finalize and execute a formal
6 settlement agreement;
7     IT IS THEREFORE STIPULATED AS FOLLOWS:
8     1.    That the Trial Re-Setting Conference be continued to any available date ~~after~~
9 ~~April 1, 2006~~. Trial Re-Setting conference is set for 04/03/06 at 11:00 am

11 Dated: January 18, 2006     HENNEFER & WOOD
    JOSEPH WOOD

By _____
    Joseph Wood, Esq.
    Attorneys for Plaintiff
    JOSEPH ENTERPRISES, INC.

16 Dated: January 18, 2006     KATTEN MUCHIN ROSENMAN LLP
    DAVID HALBERSTADTER

By _____
    David Halberstadter, Esq.
    Attorneys for Defendant
    NEOPETS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

January 20, 2006
Dated: ~~November XX, 2005~~     By _____
    Hon. James Ware
    United States District Court Judge

-2-