United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Joseph Enterprises, Inc., | NO. C 02-02659 JW |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| NeoPets, Inc., | |
| Defendant(s). | |

On April 3, 2006, the Court conducted a trial setting conference via telephone. Mr. Halberstadter appeared on behalf of Defendant. Counsel for Plaintiff, however, was unreachable. Based upon Mr. Halberstadter's representations regarding the status of the case, the Court orders as follows.

1. The parties are ordered to show cause in writing why the case should not be dismissed for failure to prosecute pursuant to Rule 41, Fed.R.Civ.P. The Court's review of the file indicates as follows. On December 6, 2004, the parties first advised the Court that they were near settlement, and requested a continuance of the trial setting conference, which request the Court granted. On March 8, 2005, the Court granted another continuance of the trial setting conference based upon the parties' representation that they were near settlement. On May 15, 2005, the Court granted a third continuance of the trial setting conference to give the parties more time to complete their settlement. On July 20, 2005, the Court granted a fourth continuance, based, once again, on the parties' representation that they were working towards settlement. The Court granted additional continuances on September 15, 2005, November 8, 2005, and most recently on January 20, 2006.

In total, the case has been stagnant for nearly fifteen months. At this point, the Court will not grant any further continuances in the case: the parties must either proceed to trial or settle the action with haste. The parties shall file a joint response to this Order to Show Cause no later than April 14, 2006. The matter will be heard on April 24, 2006, at 9:00 a.m.

    2. In addition, counsel for Plaintiff is ordered to show cause, in writing, why he should not be sanctioned for failing to participate in the conference held on April 3, 2006. Pursuant to a stipulation and order dated January 20, 2006, the Court set the conference for April 3, 2006. Thereafter, upon receiving a stipulation and proposed order to continue the conference via ECF, the Court's staff contacted counsel by telephone to advise them that the Court would not continue the conference, and that the conference would proceed as scheduled on April 3, 2006, via telephonic conference, with the Court initiated the call sometime between the hours of 11:00 a.m. and 12:00p.m. On April 3, 2006, the Court made repeated attempts to contact counsel using his cellular telephone number, to no avail. Plaintiff's counsel is therefore ordered to submit a written response to this Order no later than April 14, 2006.

Dated: April 4, 2006                                             /s/ JAMES WARE

                                                                      JAMES WARE
                                                                       United States District Judge

**United States District Court**
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Brian D. Huben brian.huben@kmzr.com
David Halberstadter david.halberstadter@kattenlaw.com
Joseph Wood jwood@hennefer-wood.com

**Dated: April 4, 2006**                             **Richard W. Wieking, Clerk**

                                                  **By:         /s/JW CHAMBERS**
                                                        **Melissa Peralta**
                                                        **Courtroom Deputy**