**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Joseph Enterprises, Inc., | NO. C 02-02659 JW |
| Plaintiff, | **ORDER RESCHEDULING STATUS CONFERENCE RE: SETTLEMENT** |
| v. | |
| NeoPets, Inc., | |
| Defendant. | |

Please take note that on the Court's own motion, the status conference re: settlement in the above entitled matter presently scheduled for June 21, 2006 at noon is continued to **July 10, 2006 at 1 p.m.**

Dated: June 16, 2006

JAMES WARE
United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Brian D. Huben brian.huben@kmzr.com
David Halberstadter david.halberstadter@kattenlaw.com
3  Joseph Wood jwood@hennefer-wood.com

**Dated: June 16, 2006**                                          **Richard W. Wieking, Clerk**

                                                  **By:   /s/JW CHAMBERS**
                                                        **Melissa Peralta**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California