1  KATTEN MUCHIN ROSENMAN, LLP
   David Halberstadter (SBN: 107033)
2  2029 Century Park East, Suite 2600
   Los Angeles, CA 90067-3012
3  Telephone: 310.788.4400
   Facsimile: 310.788.4471
4
   Attorneys for Defendant
5  NEOPETS, INC.

*IT IS SO ORDERED*
*Judge James Ware*

6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | JOSEPH ENTERPRISES, INC., a California ) | Case No. C-02-2659 JW (PVT)
   | corporation,                          )
12 |                                        ) | E-FILING
   |              Plaintiff,                )
13 |                                        ) | **REQUEST FOR DISMISSAL OF**
   | vs.                                    ) | **ACTION WITH PREJUDICE;**
14 |                                        ) | [~~Proposed~~] **ORDER**
   | NEOPETS, INC., a Delaware corporation, and )
15 | THE DOHRING COMPANY, INC., a          )
   | California corporation,                )
16 |                                        )
   |              Defendants.               )
17 |_____)

18

19

20

21

22

23

24

25

26

27

28

1 | Plaintiff JOSEPH ENTERPRISES, INC. and Defendant NEOPETS, INC., by and through
2 | their respective counsel of record, hereby inform the Court that this matter has been fully and
3 | finally settled, and request that the Court therefore dismiss the entire action WITH PREJUDICE.

Dated: July 6, 2006

HENNEFER FINLEY & WOOD, LLP
JOSEPH WOOD

By _____
Joseph Wood, Esq.
Attorneys for Plaintiff
JOSEPH ENTERPRISES, INC.

Dated: July 6, 2006

KATTEN MUCHIN ROSENMAN LLP
DAVID HALBERSTADTER

By _____
David Halberstadter, Esq.
Attorneys for Defendant
NEOPETS, INC.

IT IS SO ORDERED.

Dated: July 7, 2006     By _____
Hon. James Ware
United States District Court Judge